UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMAN AHMAD,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | No. 2:23-cv-01378-DAD-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT, GRANTING DEFENDANTS' MOTIONS TO DISMISS, AND DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND HIS COMPLAINT<br><br>(Doc. Nos. 13, 14, 15, 17, 25, 27, 33, 40) |

Plaintiff Noman Ahmad is an individual proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. §§ 1983, 1985. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 4, 2024, the assigned magistrate judge issued findings and recommendations recommending that the motion to set aside entry of default filed by certain of the defendants (Doc. No. 17) be granted, that defendants' motions to dismiss (Doc. Nos. 13, 14, 15, 25, 27) also be granted, and that plaintiff's motion for leave to amend his complaint (Doc. No. 33) be denied. (Doc. No. 40.) Specifically, the magistrate judge concluded that certain of plaintiff's claims were barred by the Eleventh Amendment, that plaintiff had failed to sufficiently allege any of his

1

claims, and that leave to amend would be futile as to certain of plaintiff's claims. (*Id.* at 7–13.) The magistrate judge also recommended that plaintiff's motion for leave to amend his complaint be denied because plaintiff's proposed second amended complaint was nearly identical to his first amended complaint and suffered from the same deficiencies already noted in the findings and recommendations.

Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 14.) No party has filed any objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on March 4, 2024 (Doc. No. 40) are adopted in full;

2. The motion to set aside entry of default filed by defendants Kelly Stonehouse, Lacie Stonehouse, Steven Stonehouse, Jose Rodriguez, and El Concilio, LLC (Doc. No. 17) is granted;

3. The Clerk of the Court is directed to set aside the entry of default (*see* Doc. No. 12) as to those defendants;

4. Defendant Brandon Riley's motion to dismiss (Doc. No. 13) is granted, without leave to amend;

5. Defendants El Concilio, LLC and Jose Rodriguez's motion to dismiss (Doc. No. 14) is granted, with leave to amend also being granted;

6. Defendants Kelly Stonehouse, Lacie Stonehouse, and Steven Stonehouse's motion to dismiss (Doc. No. 15) is granted, with leave to amend also being granted;

7. Defendant Martin Hoshino's motion to dismiss (Doc. No. 25) is granted, without leave to amend;

/////

8. Defendant Governor Gavin Newsom's motion to dismiss (Doc. No. 27) is granted, without leave to amend;

9. The Clerk of the Court is directed to update the docket to reflect that defendants Brandon Riley, Martin Hoshino, and Governor Gavin Newsom have been terminated as named defendants in this action;

10. Plaintiff's motion for leave to amend his complaint (Doc. No. 33) is denied; and

11. Within thirty (30) days from the date of entry of this order, plaintiff shall file either a second amended complaint, or a notice of his intent not to file a second amended complaint.

IT IS SO ORDERED.

Dated: **March 29, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE