UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMAN AHMAD,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-1378-DAD-JDP (PS)<br><br>ORDER |

Since plaintiff has filed a second amended complaint, ECF No. 45, the court discharges its October 17, 2024 order to show cause, ECF No. 44.

IT IS SO ORDERED.

Dated:   November 20, 2024   _____
                                                            JEREMY D. PETERSON
                                                            UNITED STATES MAGISTRATE JUDGE