UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMAN AHMAD,<br><br>  Plaintiff,<br><br>  v.<br><br>GAVIN NEWSOM, LLC, *et al.*,<br><br>  Defendants. | Case No. 2:23-cv-1378-JDP<br><br>ORDER TO SHOW CAUSE |

On November 19, 2024, defendants filed motions to dismiss the second amended complaint or, alternatively, for a more definite statement. ECF Nos. 46 & 47. To date, plaintiff has not responded to either motion.

Under the court's local rules, a responding party is required to file an opposition or statement of non-opposition to a motion no later than fourteen days after the date it was filed. E.D. Cal. L.R. 230(c). To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

1

The court will give plaintiff the opportunity to explain why sanctions should not be imposed for failure to file an opposition or statement of non-opposition to defendants' motions. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in dismissal of this action.

Accordingly, it is hereby ORDERED that:

1. The January 9, 2025 hearing on defendants' motions is continued to February 6, 2025, at 10:00 a.m., in Courtroom No. 9.

2. By no later than January 16, 2025, plaintiff shall file an opposition or statement of non-opposition to defendants' motions.

3. Plaintiff shall show cause, by no later than January 16, 2025, why sanctions should not be imposed for failure to timely file an opposition or statement of non-opposition to defendants' motion.

4. Defendants may file a reply to plaintiff's opposition, if any, no later than January 30, 2025.

IT IS SO ORDERED.

Dated:     December 30, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE