UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMAN AHMAD,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | No. 2:23-cv-01378-DAD-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTIONS TO DISMISS<br><br>(Doc. Nos. 46, 47, 56) |

Plaintiff Noman Ahmad proceeds *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983 against remaining defendants Kelly Stonehouse, Lacy Stonehouse, and Steven Stonehouse (collectively, the "Stonehouse defendants"), El Concilio, LLC, and Jose Raul Rodriguez. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 9, 2025, the assigned magistrate judge issued findings and recommendations recommending that the motions to dismiss plaintiff's second amended complaint filed by the Stonehouse defendants (Doc. No. 46) and by defendants El Concilio, LLC and Rodriguez (Doc. No. 47) both be granted and this action be dismissed. (Doc. No. 56.) In particular, the magistrate judge first noted that none of the remaining defendants are state actors. (*Id*. at 3.) Next, the magistrate judge also observed that plaintiff's claims appear to be time-barred, as plaintiff

1

initiated this litigation in 2023, but his claims stem from his arrest in 2008 and a parentage litigation in 2009. (*Id*. at 4.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*.) Neither plaintiff nor defendants filed any objections to the findings and recommendations and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on May 9, 2025 (Doc. No. 56) are ADOPTED in full;
2. The motion to dismiss filed by the Stonehouse defendants (Doc. No. 46) is GRANTED;
3. The motion to dismiss filed by defendants El Concilio, LLC and Rodriguez (Doc. No. 47) is GRANTED;
4. Plaintiff's second amended complaint (Doc. No. 45) is DISMISSED, without leave to amend; and
5. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **July 2, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2